B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Balmoral Racing Club, Inc.                                      Case No.
                          Debtor(s)                                      Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Amwest Entertainment LLC<br>13011 W. Highway 42<br>Ste. 107<br>Prospect Heights, KY 40059 | Brittany Goodman<br>Amwest Entertainment LLC<br>13011 W. Highway 42<br>Ste. 107<br>Prospect Heights, KY 40059<br>502-292-1075 x3 | Host Fees and Settlements | | 21,139.54 |
| Delta Downs<br>2717 Delta Downs Dr.<br>Vinton, LA 70668 | Mary Migues<br>Delta Downs<br>2717 Delta Downs Dr.<br>Vinton, LA 70668<br>337-589-9056 | Host Fees and Settlements | | 38,611.81 |
| Des Plaines Development LP<br>c/o Robert M. Andalman<br>A & G Law LLC<br>542 S. Dearborn St., 10th Floor<br>Chicago, IL 60605 | Des Plaines Development LP<br>c/o Robert M. Andalman<br>A & G Law LLC<br>Chicago, IL 60605<br>312-341-3900 | Litigation/Stayed Judgment | Disputed | 21,801,000.00 |
| Elgin Riverboat Resort-Riverboat Casino<br>c/o Robert M. Andalman<br>A & G Law LLC<br>542 S. Dearborn St., 10th Floor<br>Chicago, IL 60605 | Elgin Riverboat Resort-Riverboat Casino<br>c/o Robert M. Andalman<br>A & G Law LLC<br>Chicago, IL 60605<br>312-341-3900 | Litigation/Stayed Judgment | Disputed | 26,037,000.00 |
| Elite Turf Club<br>5340 Runningbrook Road<br>Las Vegas, NV 89120 | Sam Kirshenbaum<br>Elite Turf Club<br>5340 Runningbrook Road<br>Las Vegas, NV 89120<br>847-542-2765 | Host Fees and Settlements | | 76,055.54 |
| Empress Casino Joliet Corporation<br>c/o Robert M. Andalman<br>A & G Law LLC<br>542 S. Dearborn St., 10th Floor<br>Chicago, IL 60605 | Empress Casino Joliet Corporation<br>c/o Robert M. Andalman<br>A & G Law LLC<br>Chicago, IL 60605<br>312-341-3900 | Litigation/Stayed Judgment | Disputed | 12,624,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Balmoral Racing Club, Inc.  Case No.
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Hollywood Casino-Aurora, Inc. c/o Robert M. Andalman A & G Law LLC 542 S. Dearborn St., 10th Floor Chicago, IL 60605 | Hollywood Casino-Aurora, Inc. c/o Robert M. Andalman A & G Law LLC 542 S. Dearborn St., 10th Floor Chicago, IL 60605 312-341-3900 | Litigation/Stayed Judgment | Disputed | 17,358,000.00 |
| Illinois Harness Horsemen's Association 15 Spinning Wheel Road Suite 406 Hinsdale, IL 60521 | Tony Somone Illinois Harness Horsemen's Association 15 Spinning Wheel Road Suite 406 Hinsdale, IL 60521 630-323-0808 | Contract Daily Assoc. Fee and Bike Claim | | 68,716.00 |
| MidAmerican Energy Company P.O. Box 8020 Davenport, IA 52808-8020 | Paula Paaske MidAmerican Energy Company P.O. Box 8020 Davenport, IA 52808-8020 563-333-8579 | Contract Electricity | | 83,341.71 |
| Monarch Content Management 285 W. Huntington Drive Arcadia, CA 91007 | Xenia Prato Monarch Content Management 285 W. Huntington Drive Arcadia, CA 91007 626-574-6334 | Host Fees and Settlements | | 21,111.91 |
| New Meadowlands Racetrack LLC Pari Global Solutions, Inc. 7950 Dublin Blvd. Suite 216 Dublin, CA 94568 | Laura Nevels New Meadowlands Racetrack LLC Pari Global Solutions, Inc. 7950 Dublin Blvd. Dublin, CA 94568 925-307-7039 | Host Fees and Settlements | | 25,536.28 |
| Northfield Park Associates, LLC 10705 Northfield Road P.O. Box 374 Northfield, OH 44067 | Sharon Pratt Northfield Park Associates, LLC 10705 Northfield Road P.O. Box 374 Northfield, OH 44067 330-467-4101 x210 | Host Fees and Settlements | | 44,975.62 |
| Penn National c/o MRTA P.O. Box 32 Grantville, PA 17028 | Adrienne Hill Penn National c/o MRTA P.O. Box 32 Grantville, PA 17028 717-469-3426 | Host Fees and Settlements | | 29,064.94 |
| Pompano Park Assoc. 1800 S.W. Third Street Pompano Beach, FL 33069 | Heather Belmonte Pompano Park Assoc. 1800 S.W. Third Street Pompano Beach, FL 33069 954-633-6501 | Host Fees and Settlements | | 33,954.04 |

B4 (Official Form 4) (12/07) - Cont.

In re  Balmoral Racing Club, Inc.  Case No.  
                               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Red Mile c/o Lexington Trots Breeders As<br>1200 Red Mile Road<br>P.O. Box 420<br>Lexington, KY 40588 | Susan Denny<br>Red Mile c/o Lexington Trots Breeders As<br>1200 Red Mile Road<br>P.O. Box 420<br>Lexington, KY 40588<br>859-255-0752 | Host Fees and Settlements | | 22,480.80 |
| RGS<br>Red Rock Administrative Services<br>9275 W. Flamingo Road<br>Suite 120<br>Las Vegas, NV 89147 | Rob Terry<br>RGS<br>Red Rock Administrative Services<br>9275 W. Flamingo Road Suite 120<br>Las Vegas, NV 89147<br>702-243-6271 | Host Fees and Settlements | | 226,675.64 |
| Roberts Communications Network<br>4175 Cameron St.<br>Suite 10<br>Las Vegas, NV 89103-3772 | Todd Roberts/Joanne Colon<br>Roberts Communications Network<br>4175 Cameron St.<br>Suite 10<br>Las Vegas, NV 89103-3772<br>702-227-7550 | Goods - Decoder Fees and Services | | 66,009.49 |
| Woodbine Entertainment<br>55 Rexdale Blvd.<br>Box 156<br>Toronto, Ontario, CANADA M9W 5L2 | Chermain Simon<br>Woodbine Entertainment<br>55 Rexdale Blvd.<br>Box 156<br>Toronto, Ontario, CANADA M9W 5L2<br>416-675-3993 | Host Fees and Settlements | | 69,787.55 |
| Xpressbet<br>200 Racetrack Road<br>Bldg 26<br>Washington, PA 15301 | Krystal Parish<br>Xpressbet<br>200 Racetrack Road<br>Bldg 26<br>Washington, PA 15301<br>724-229-6235 | Host Fees and Settlements | | 49,017.73 |
| Yonkers Raceway<br>810 Central Ave.<br>Yonkers, NY 10704 | Toni Gallow<br>Yonkers Raceway<br>810 Central Ave.<br>Yonkers, NY 10704<br>914-457-2421 | Host Fees and Settlements | | 26,665.28 |

B4 (Official Form 4) (12/07) - Cont.

In re   Balmoral Racing Club, Inc.                                    Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    12-23-14                              Signature    /s/ John A. Johnston
                                                           John A. Johnston
                                                           President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.