## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Balmoral Racing Club, Inc., | ) | Case No. 14-45711 |
| | ) | |
| Debtors. | ) | Honorable Donald R. Cassling |
| | ) | |

------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Maywood Park Trotting Association, Inc., | ) | Case No. 14-45718 |
| | ) | |
| Debtors. | ) | Honorable Donald R. Cassling |
| | ) | |

------------------------------------------------------------

**ORDER AUTHORIZING AND DIRECTING RULE 2004 EXAMINATIONS OF
AND PRODUCTION OF DOCUMENTS BY AFFILIATED ENTITIES**

This matter came on to be heard by the Court on the Routine Motion (the "Motion") of Empress Casino Joliet Corporation, Des Plaines Development Limited Partnership, d/b/a Harrah's Casino Cruises Joliet, Hollywood Casino-Aurora, Inc., and Elgin Riverboat Resort-Riverboat Casino, d/b/a Grand Victoria Casino (the "Judgment Creditors") for an Order Authorizing and Directing Rule 2004 Examinations of representatives of Racing Associations of Illinois, Inc., Egyptian Trotting Association, Inc., Associates Racing Association, Inc. and Coast to Coast Food Service, Ltd. ("Affiliated Entities") and a representative of World Wide Wagering, Inc. ("WWW") and the Production of Documents by the Affiliated Entities and WWW; it appearing that due and appropriate notice of the Motion and the proposed relief to be granted by this Order has been provided to all parties entitled to receive notice; the Court having reviewed the Motion; the Court being fully advised in the premises; and good and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as provided herein.

2. Subpoenas for testimony and documents may be issued to the Affiliated Entities for documents and examinations under oath by the Judgment Creditors, pursuant to Bankruptcy Rule 2004, for those documents and concerning those matters set forth in the Motion and the exhibits thereto.

      3.      Subpoenas for testimony and documents may be issued to WWW for documents and examinations under oath by the Judgment Creditors, pursuant to Bankruptcy Rule 2004, for those documents and concerning those matters set forth in the Motion and the exhibits thereto.

      4.      Nothing in this Order shall alter any rights or defenses of the Debtors, Affiliated Entities, WWW, or any other party with respect to the subpoenas issued hereunder, including without limitation, the right to object to the return dates or scope of the subpoenas issued hereunder.

ENTER:


Dated:                                              UNITED STATES BANKRUPTCY JUDGE

Prepared by:

Michael M. Eidelman (#6197788)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609-7500 telephone
(312) 609-5005 facsimile

Robert M. Andalman (#6209454)
Andrew R. Greene (#6225072)
A&G Law LLC
542 South Dearborn, 10th Floor
Chicago, Illinois 60605
(312) 341-3900 telephone
(312) 341-0700 facsimile