## United States Bankruptcy Court
### Northern District of Illinois

In re   Balmoral Racing Club, Inc.
                        Debtor

Case No.   14-45711

Chapter   11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| World Wide Wagering<br>8600 W. North Ave.<br>Melrose Park, IL 60160 | | 100% | Common Stock |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   1-26-15

Signature   *[signed]*
John A. Johnston
President

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

0   continuation sheets attached to List of Equity Security Holders