UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 14-45711 |
|---|---|---|
| | ) | (Jointly Administered) |
| BALMORAL RACING CLUB, INC., et al., | ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

## ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL RELATING TO THE RIVERBOAT LITIGATION

THIS CAUSE coming on to be heard on the motion (the "Motion") of Balmoral Racing Club, Inc. and Maywood Park Trotting Association, Inc., debtors and debtors in possession (collectively, the "Debtors") in the above-captioned jointly administered Chapter 11 cases (the "Chapter 11 Cases"), to employ William J. McKenna, Esq., Martin J. Bishop, Esq., Jonathan W. Garlough, Esq., Meredith A. Shippee, Esq., and the law firm of Foley & Lardner LLP ("Special Counsel"), with respect to the "Special Counsel Matters" as defined in the Motion, pursuant to 11 U.S.C. § 327(e) and Rule 2014 of the Federal Rules of Bankruptcy Procedure; due written notice hereof having been given to the Office of the United States Trustee and all other parties entitled thereto; and the Court having heard and considered the statements of counsel present and being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion is hereby granted as provided herein. The Debtors be and hereby are authorized to employ William J. McKenna, Esq., Martin J. Bishop, Esq., Jonathan W. Garlough, Esq., Meredith A. Shippee, Esq., and the law firm of Foley & Lardner LLP, 321 North Clark Street, Suite 2800, Chicago, Illinois 60654, as Special Counsel to the Debtors in the Chapter 11 Cases with respect to all matters related to the "Riverboat Litigation" including without limitation, the "Judgment" and the "Appeal" (as each of those terms are defined in the Motion), effective as of December 24, 2014. All fees and expenses of Special Counsel in the Chapter 11 Cases are subject to further Court approval.

Enter:

Dated: 27 JAN 2015

United States Bankruptcy Judge

**Prepared by:**

CHAD H. GETTLEMAN, ESQ. (ARDC #944858)
NATHAN Q. RUGG, ESQ. (ARDC #6272969)
ALEXANDER F. BROUGHAM, ESQ. (ARDC #6301515)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Telephone No. (312) 435-1050
Facsimile No. (312) 435-1059